Before STATE INDUSTRIAL BOARD, Respondent. CARROIS TODDRA, Respondent, v. READ-CODDINGTON ENGINEERING COMPANY and Another, Appellants.— Motion granted, with ten dollars costs against the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONIO TRUNDARA, Respondent, v. NIAGARA RADIATOR AND BOILER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH WEBER, Respondent, v. GEORGE HAISS MANUFACTURING COMPANY and Another, Appellants.— Award reversed, and claim remitted to the State Industrial Board, without costs. All concur.

MABEL E. WICKS, Appellant, v. HAZEL TUTTLE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN WRAZEN, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

JOHN ZURLICK, Appellant, v. MAGDELINE ALEXANDRIA ZURLICK and Another, Respondents.— Order and judgment unanimously affirmed, with costs.

---

## FOURTH DEPARTMENT, MAY, 1926.

JOHN GAETANO, Respondent, v. GIOVANNI PERRETTA, Appellant.

*Trial — theory of case — action tried on theory of fraud — refusal to grant plaintiff's request at close of case to proceed on contract cannot be raised since he had verdict — proof of damages lacking — instruction as to damages was erroneous.*

Appeal from a judgment of the County Court of Oneida county in favor of plaintiff, entered in Oneida county clerk's office on February 11, 1925; and also from an order entered on February 28, 1925, denying a motion to set aside the verdict of a jury and for a new trial.

PER CURIAM. Whatever course may hereafter be pursued herein, it was the law of the case as it was sent to the jury that this was an action not on contract, but for damages for deceit, fraudulent representations. The plaintiff's request to proceed on contract at the end of the case was refused. Of this he cannot complain, since he obtained a verdict in his favor. Not only was proof of damage lacking, but the rule as to damages laid down by the court for the guidance of the jury was erroneous. In the form of action as submitted, $550 plus interest was not necessarily the amount of damages sustained, if any. The judgment and order should be reversed and a new trial granted, with costs to appellant to abide the event. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ. Judgment and order reversed on the law and facts, and a new trial granted, with costs to appellant to abide event.

---

WILLIAM S. VAN VALKENBURG, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.